## PEOPLE v. DANIELS.

(Supreme Court, Appellate Division, Third Department. June 24, 1909.)

Appeal from Schenectady County Court.
Carl Daniels was convicted of violating a city ordinance, and he appeals. Reversed.
Argued before SMITH, P. J., and CHESTER, KELLOGG, COCHRANE, and SEWELL, JJ.
John H. Gleason, for appellant.
Walter Briggs, Dist. Atty., for the People.

PER CURIAM. Judgment of the County Court and Police Court reversed, upon the opinion in People v. Baum (decided at this term of court) 118 N. Y. Supp. 3.